UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| MICHAEL W. MORGAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:06-CV-436 TS |
| | ) | |
| WILLIAM WILSON, | ) | |
| | ) | |
| Respondent. | ) | |

**OPINION AND ORDER**

Michael W. Morgan, a *pro se* prisoner, filed another motion seeking his release. The court has already denied his habeas corpus petition on the merits. Therefore this motion (DE 19) is DENIED AS MOOT.

SO ORDERED on September 15, 2006.

                                                             S/ Theresa L. Springmann
                                                           THERESA L. SPRINGMANN
                                                           UNITED STATES DISTRICT COURT